

FILED
CLERK, U.S. DISTRICT COURT
MAR - 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>　Sharon Diane Staton<br><br>　　　　Defendant. | Case No.: 09-803-JFW<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central District of California** for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　☒　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **unverified background infor**-

1  _rmation and pending_
2  _conduct._
3
4       and/or
5  B.  ☒   The defendant has not met his/her burden of establishing by
6       clear and convincing evidence that he/she is not likely to pose
7       a danger to the safety of any other person or the community if
8       released under 18 U.S.C. § 3142(b) or (c). This finding is based
9       on: _nature of current violations_
10      _including new criminal_
11      _conduct._
12
13
14      IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated: 3/2/10
18
19                                    _[signature]_
20                                    CARLA M. WOEHRLE
                                      UNITES STATES MAGISTRATE JUDGE